FILED
2022 NOV -4 P 3:0b
DURHAM CO., C.S.C.
BY

EXHIBIT
A

STATE OF NORTH CAROLINA  IN THE GENERAL COURT OF JUSTICS
COUNTY OF ___DURHAM___  ___Superior___ COURT DIVISION
NC_____  FILE NO.

___JUMAS FOOD MART,LLC_____

    Plaintiff,

v.

___CHUBB INSURANCE___

    Defendant.

COMPLAINT

1. PLAINTIFF, proceeding *pro se*, brings this complaint against DEFENDANT and alleges

   as follows: On Nowv.05.2019 The business had damages arising from Storm and lightning resulting to loss of Electrical Apparatus,Computers,Refrigeration,Inventory and Revenue.

**STATEMENT OF JURISDICTION**

2. Jurisdiction and venue in this Court is proper per N.C.G.S. 1.82 and 7A-243 because

   Defendant resides in Durham County and the damages claimed are within the

   jurisdictional limits of this court.

**PARTIES**

3. Plaintiff is JUMAS FOOD MART,LLC

4. Defendant is Chubb Insurance Company

**COMPLAINT,** page 1 of 4

## FACTS ALLEGED

1. There were damages to the business resulting from Storms and Lightning on 11/05/2019. The business(Jumas Food Mart,LLC) was at the time Insured through CHUBB Insurance Company Policy # F15213619 with effective date of 10/19/2019 to 10/19/220. Upon the loses I filed a claim on behalf of the business to seek compensation for the insured loses. A claim was made with Claim # KY20K2704394.

2. CHUBB, the insurance Company conducted their investigations about the claim and had their Field Adjuster Mr. Paul Hasty with Engle Martin & Associates on 04/20/2020 come to the business gather details of the loses take pictures among other things. He was shown the causes of the damages and he brought in HVAC Company to do damage assessments and the concluded that the damages were as a result of extensive power or electrical input into the building.

3. _I brought in a licensed electrician to check on the electrical aspects of the building when things were not working and the electrician concluded that indeed the extensive damages were as a result of the storms and lightning because the damages were way beyond norm .

**COMPLAINT**, page 2 of 4

## CLAIMS FOR RELIEF

## COUNT 1:

_____

_____. Plaintiff re-alleges and incorporates all prior allegations in this Complaint as if fully set forth here. I am seeking Compensation on behalf of the business for damages for Equipment, Inventory, Loss of Revenue in addition to all other aspect of the business.

_____

_____

_____

_____

_____. Defendant's actions, as described above, have caused the following damages:

[✓] Damages in the amount of $ 230,318.00.

[/] Damages in excess of $25,000.

//

//

//

//

//

//

//

//

//

//

**COMPLAINT**, page 3 of 4

## STATEMENT OF VERIFICATION

I, **BENARD OGOMO**, affirm the following:

1. I am the PLAINTIFF in this action.

2. I have read the foregoing COMPLAINT and the statements contained therein are true based on my own personal knowledge, except as to the matters therein stated to be alleged upon information and belief and as to those matters, I believe them to be true.

By: _BENARD OGOMO_ _[signature]_

Plaintiff, *pro se*

Sworn to and subscribed before me by **BENARD OGOMO** on this 4 day of November, 2022.

_[signature]_
Notary Public Shelvie Stancil
Durham, NC

My Commission Expires:

04-07-2027